UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Defendant. | No. 2:23-cv-1869 KJM CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 21) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: November 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/vanh1869.36

1