1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY SCOTT VAN HUISEN,              No. 2:23-cv-01869 KJM CKD P

12              Plaintiff,

13        v.                                 ORDER

14    UNITED STATES HOUSE OF
      REPRESENTATIVES,
15
                Defendant.
16

17

18        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

19    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

20    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On June 3, 2024, the magistrate judge filed findings and recommendations, which were

22    served on plaintiff and which contained notice to plaintiff that any objections to the findings and

23    recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the

24    findings and recommendations.

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    court has conducted a *de novo* review of this case.  Having reviewed the file, including plaintiff's

27    objections, the court finds the findings and recommendations to be supported by the record and

28    by the proper analysis.

                                                  1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations, ECF No. 35, are adopted in full;

3        2.  Plaintiff's second amended complaint is dismissed without further leave to amend for

4    failing to state a claim; and

5        3. The Clerk of Court is directed to close this case.

6    DATED:  August 16, 2024.

7

8    _____
     CHIEF UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2